

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2018

No. 04-17-00366-CR & 04-17-00367-CR

Roger Trudell **DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3461 & 2015CR6145
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Appellant's motion for extension of time to file the motion for rehearing is granted. The motion for rehearing is denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2018.

_____
Keith E. Hottle
Clerk of Court